IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARYANN COLLETTA**<br><br>v.<br><br>**CITY OF PHILADELPHIA, ET AL.** | **CIVIL ACTION**<br><br><br>**NO. 16-3823** |

## ORDER

And NOW, this 21st day of October 2016, for the reasons stated in the foregoing memorandum, upon consideration of Defendants City of Philadelphia, Director of Finance Rob Dubow, Budget Director and Chief Administrative Officer Rebecca Rhynhart, and Deputy Human Resource Director Brian Albert (collectively, "Defendants") Motion to Dismiss Plaintiff's Complaint (ECF 4), and Plaintiff Maryann Colletta's response thereto (ECF 5), it is hereby ORDERED that Defendants' Motion to Dismiss is GRANTED and Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, with leave to amend within fourteen (14) days.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 16\16-3823 Colletta v. City of Phila\16cv3823 Order Granting MTD.docx